ACCEPTED
03-15-00025-CV
5994328
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 11:40:53 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

In The Court of Appeals for the Third District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 11:40:53 AM
JEFFREY D. KYLE
Clerk

APPELLANTS/CROSS-APPELLEES LAKEWAY REGIONAL MEDICAL CENTER, LLC
AND SURGICAL DEVELOPMENT PARTNERS, LLC,

v.

APPELLEES LAKE TRAVIS TRANSITIONAL LTCH,
BRENNAN, MANNA & DIAMOND, LLC AND FRANK T. SOSSI,

ON APPEAL FROM THE 345TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-12-000983
HONORABLE LORA J. LIVINGSTON, PRESIDING

**APPELLANT SURGICAL DEVELOPMENT PARTNERS, LLC.'S NOTICE
OF APPEARANCE OF ADDITIONAL COUNSEL**

Please take notice that Jessica Z. Barger and Raffi Melkonian of WRIGHT &
CLOSE, LLP, One Riverway, Suite 2200, Houston, Texas 77056, (713) 572-4321,
(713) 572-4320 (fax), are appearing as additional counsel for Appellant/Cross-
Appellee Surgical Development Partners, LLC.

Respectfully submitted,

*/s/ Jessica Z. Barger*
Jessica Z. Barger
State Bar No. 24032706
Raffi Melkonian
State Bar No. 24090587

**WRIGHT & CLOSE, LLP**
One Riverway, Suite 2200
Houston, TX 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
*barger@wrightclose.com*
*Melkonian@wrightclose.com*
***Counsel for Appellant/Cross-Appellee***
***Surgical Development Partners, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2015, the foregoing notice was served by electronic service upon the following counsel of record:

Mr. S. Abraham Kuczaj III                                    *Via Email Only*
Ms. Paige A. Amstutz
Mr. Steven J. Wingard
Ms. Jane Webre
**SCOTT, DOUGLASS & MCCONNICO, LLP**
303 Colorado, Suite 2400
Austin, TX 78701
*akuczaj@scottdoug.com*
*pamstutz@scottdoug.com*
*swingard@scottdoug.com*
*jwebre@scottdoug.com*

*Counsel for Appellee/Cross-Appellant Lake Travis Transitional LTCH, LLC*

Mr. Robert A. Bragalone                                       *Via Email Only*
Mr. B. Ryan Fellman
**GORDON & REES LLP**
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
*rbragalone@gordonrees.com*
*rfellman@gordonrees.com*

*Counsel for Appellees Brennan, Manna & Diamond, LLC and Frank T. Sossi*

*/s/ Jessica Z. Barger*
Jessica Z. Barger

3